United States District Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TANYA JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:22-CV-01811 |
| | § | |
| MARTIN O'MALLEY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the May 3, 2024 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 20). Magistrate Judge Bray made findings and conclusions and recommended the involuntary dismissal of Plaintiff's case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (Dkt. No. 20).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Bray's M&R (Dkt. No. 20) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2)     this case is **DISMISSED WITH PREJUDICE**.

It is SO ORDERED.

Signed on June 25, 2024.

                                                **DREW B. TIPTON**
                                    **UNITED STATES DISTRICT JUDGE**